UNITED STATES DISTRICT COURT
<u>WESTERN DISTRICT OF NEW YORK</u>

UNITED STATES OF AMERICA,

    Plaintiff

   -v-                       11-CV-87-S

$5,800.00 UNITED STATES CURRENCY,

    Defendant

## **JUDGMENT BY DEFAULT AND ORDER OF FORFEITURE**

  **WHEREAS**, Natasha Furhman, Jerome M. Hayes, and Joseph A. Agro, Esq., were served with the Verified Complaint and Arrest Warrant In Rem filed in this action by regular and certified mail in this action on or about February 8, 2011; and

  **WHEREAS**, on February 28, 2011, the putative claimant, Natasha Furhman, filed a claim in the pending forfeiture action pursuant to Rule G(5) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims, and

  **WHEREAS**, the putative claimant, Natasha Furhman has not file an Answer in the pending forfeiture action as required by Rule G(5)(b) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims, and

**WHEREAS**, on July 25, 2011, the Court granted the Plaintiff's oral Motion to Strke the Pending Claim therefore, it is hereby

**ADJUDGED, ORDERED, and DECREED**, that Judgment by Default be entered against the sum of $5,800.00 United States Currency and in favor of the United States of America pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure; and it is further

**ADJUDGED, ORDERED, and DECREED**, the sum of $5,800.00 United States Currency be forfeited to the United States of America pursuant to Title 21, United States Code, Section 881(a)(6); and it is further

**ADJUDGED, ORDERED, and DECREED**, the United States Marshals Service shall dispose of the sum of $5,800.00 United States Currency according to law.

DATED:   Buffalo, New York, July 26, 2011.

      s/William M. Skretny
WILLIAM M. SKRETNY
Chief Judge
United States District Court